Entered into JDIS by 11/08/07

RECEIVED
U.S. MARSHALS SERVICE
NOV 06 2007
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
LOIS BETTENCOURT

## WARRANT FOR ARREST

Case Number: 1:07-M-109M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LOIS BETTENCOURT
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

bank fraud, and

aggravated identity theft

in violation of Title 18 United States Code, Section(s) 1344(1) and (2), and 1028A(a)(1) and (c)(5)

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11-6-07 Providence, Rhode Island
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 433 Cross Rd, North Dartmouth, MA by USSS | | |
| DATE RECEIVED 11/06/2007 | NAME AND TITLE OF ARRESTING OFFICER C J Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/07/2007 | | |