CR 08 01 ML DLM

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

1:07-M-109M

Place of offense: Rhode Island County Providence

CASE NO.

USA vs.

Defendant: LOIS BETTENCOURT

Addre

☐ I

REDACTED

Birth Date

n

able)

Social

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1: 18 U.S.C. §1344(1)and 2 | Bank Fraud - 30 yrs imprisonment; $1,000,000 fine; up | ☒ Felony ☐ Misdemeanor |
| | | to 5 yrs Supervised Release; $100 special assessment | ☐ Felony ☐ Misdemeanor |
| | Count II: 18 U.S.C. §1028(a)(1)and(c)(5) | Aggravated identity theft - mandatory 2 yrs consecutive | ☒ Felony ☐ Misdemeanor |
| | | imprisonment; $250,000 fine; 3 yrs supervised release | ☐ Felony ☐ Misdemeanor |
| | Estatmated Trial Days:2-3 | $100 special assessment | ☐ Felony ☐ Misdemeanor |