O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
JAN 07 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
LOIS BETTENCOURT

WAIVER OF INDICTMENT

CASE NUMBER: CR 08 01 ML

I, LOIS BETTENCOURT, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 9, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

LOIS BETTENCOURT [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ
1-7-08