**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:08-01ML** |
| | ) | |
| **LOIS BETTENCOURT** | ) | |

# MOTION TO CONTINUE

Now comes the accused, Lois Bettencourt, and hereby moves this Honorable Court to continue the change of plea in this matter currently scheduled for January 31, 2008 due to a scheduling conflict.

The government, through AUSA Lee Vilker, has indicated it has no objection to the granting of this motion.

Respectfully submitted
Lois Bettencourt
By her attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA on January 18, 2008.

/s/ Mary S. McElroy